Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee
P.O. Box 1110
Martinez, CA 94553
Tevisch7trustee@sbcglobal.net
(925) 228-0120
(925) 228-0526 fax

**FILED**
**RECEIVED** APR - 8 2011
APR 1 5 2011     UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

In Re:                                          Case No. 09-47760 E7

Chapter 7

**ROCK SOLID DESIGN/BUILD, INC.**

**NOTICE OF UNCLAIMED DIVIDENDS**

_____Debtor._____/

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the court, unclaimed dividends in the amount of $62.08.
The Names(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---------|----------------------------|--------------|-----------------|
|         | Rock Solid Design/Build, Inc.<br>PO Box 841<br>Pleasanton, CA 94566 |              | $62.08          |

**Total Dividend Amount**                                          **$62.08**

Dated: April 6, 2011

Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee